# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425−3 | User: tmc | Date Created: 4/2/2010 |
| Case: 3:09−ap−03006 | Form ID: pdf001 | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty      Kristin A. Shaffer

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      Courtney A. Kirtley      , jchincheck@bowlesrice.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Point Service Corporation      PO Box 58      Henderson, WV 25106
dft      Pritchard Mining Company,Inc.      P. O. Box 3311      Charleston, WV 25333
aty      Christopher S. Smith      Hoyer, Hoyer &Smith, PLLC      22 Capitol Street      Charleston, WV 25301
aty      Julia A. Chincheck      Bowles Rice McDavid Graff &Love, PLLC      600 Quarrier Street      Charleston, WV 25301
smg      IRS      P. O. Box 21126      Philadelphia, PA 19114
smg      United States Attorney      Southern District WV      P.O. Box 1713      Charleston, WV 25326−1713
smg      WV Department of Tax &Revenue      Bankruptcy Unit      P.O. Box 766      Charleston, WV 25323−0766
ust      U.S. Trustee      2025 Robert C. Byrd U.S. Courthouse      300 Virginia Street, East      Charleston, WV 25301
ust      United States Trustee      2025 Robert C. Byrd U.S. Courthouse      300 Virginia Street, East      Charleston, WV 25301

TOTAL: 9